# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEVEN DAVID THOMPSON,          )          NO. EDCV 12-1838-AG (MAN)

               Petitioner,          )

        v.          )          JUDGMENT

M.D. BITER, Warden,          )

              Respondent.          )

_____)

      Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 28, 2015.

                                   _____

                                    ANDREW J. GUILFORD

                          UNITED STATES DISTRICT JUDGE